The People of the State of Illinois ex rel. John Erickson, petitioner, v. David M. Brothers, a judge of the circuit court of Cook county, respondent. Gen. No. 29,976.

Original petition for mandamus to compel signing of bill of exceptions. Writ awarded. Opinion filed March 23, 1925.

Olds & Tourje, for petitioner. Chas. O. Rundall, for respondent.

Per curiam.

---

Ida Marks, appellee, v. Sons and Daughters of Abraham, appellant. Gen. No. 29,556.

Action on insurance certificate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edward E. Laughlin, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 3, 1925.

Freundlich & Froehlich, for appellant. Sonnenschein, Berkson, Lautmann & Levinson, for appellee; Bernard Nath, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

Margaret Powers McLaughlin, appellant, v. Kate Hahn et al., appellees. Gen. No. 29,507.

Partition suit. Decree for complainants. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded with directions. Opinion filed April 3, 1925. Rehearing denied April 18, 1925.

Dawson & Dawson, for appellant; George E. Dawson, of counsel. Bassler, Bippus, Rose & Reeve, for appellees; Harold L. Reeve, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Robert E. Crowe, State's Attorney, defendant in error, v. Arthur George Hulbert, plaintiff in error. Gen. No. 29,523.

Prosecution for violation of Illinois Securities Law. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed April 3, 1925.

P. R. Boylan and Gurdon Williams, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Edward H. Taylor, Mortimer C. Grover and Edward E. Wilson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Mary Erdei, plaintiff in error, v. Garden City Sand Company, defendant in error. Gen. No. 29,533.

Action for personal injuries sustained in being run over by motor truck. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed April 3, 1925.

Charles C. Spencer, for plaintiff in error. Alfred Roy Hulbert, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.